# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

**Andrea E. Celli, Esq.**　　　Telephone: (518) 449-2043　　　For payments Only:
**Trustee**　　　　　　　　　　Facsimile: (518) 449-2473　　　P.O Box 1918
**Bonnie Baker, Esq.**　　　　　　　　　　　　　　　　　　　Memphis, TN  38101-1918
**Assoc. Attorney**

February 22, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:　06-13050　　　George S. Weatherwax

To Whom It May Concern:

Enclosed please find check #**920231** in the amount of $**.01** representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

　　　Claim No.　　　　　Debtor refund

　　　Account#

　　　Creditor　　　　　　George S. Weatherwax
　　　　　　　　　　　　　830 6th Ave.
　　　　　　　　　　　　　Troy, NY 12182

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli